## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1) PERRY MATLOCK.** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **(1) REDBIRD BUSINESS GROUP** | § | |
| **LLC; and** | § | **CASE NO. CIV-22-498-PRW** |
| **(2) REDBIRD VENTURES LLC.** | § | |
| Defendants. | § | |

---

### AFFIDAVIT OF PERRY MATLOCK IN SUPPORT OF
### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

---

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF MONTGOMERY | § |

BEFORE ME, the undersigned authority, on this day personally appeared **Perry Matlock**, known to me to be the person whose name is subscribed hereto and having been by me duly sworn upon oath states that he is authorized to make this Affidavit and further states as follows:

1. "My name is **Perry Matlock**. I am over the age of eighteen (18) years, of sound mind and have never been convicted of a felony or any crime involving moral turpitude. I have personal knowledge of all facts set forth herein and am fully competent to testify to these facts.

2. I am the individual who loaned Defendants, **Redbird Business Group LLC and Redbird Ventures LLC**, the amount in controversy, and I have personal knowledge



EXHIBIT

5

of the facts recited herein, and these facts are true and correct.

3.      I, **Perry Matlock** have filed suit to collect the balance of monies owed under the two Memorandum of Agreement – Convertible Loan Options.

4.      The documents attached to Plaintiff's Original Complaint as **Exhibit "1"** and "**2**" and are incorporated by reference therein as true and correct copies of the two Memorandum of Agreement – Convertible Loan Options between myself and the Defendants.

5.      The debt owed to Plaintiff, as described in the Original Complaint, is just and unsatisfied. Defendants have failed and refused to pay, although Defendants contractually agreed to do so.  Plaintiff has exercised his right to sue for the obligations owed by Defendants, as set forth in the two Memorandum of Agreement – Convertible Loan Options between Plaintiff and Defendants.

6.      The total amount of damages resulting from Defendants' breaches of the two Memorandum of Agreement – Convertible Loan Options is One Million Four Hundred Seventy Five Thousand Dollars (**$1,475,000.00**).

7.      The damages include the reasonable and necessary damages incurred by **Perry Matlock**, as a result of breach of the two Memorandum of Agreement – Convertible Loan Options executed by Defendants **Redbird Business Group LLC and Redbird Ventures LLC**."

Further Affiant sayeth not.



, Affiant

SUBSCRIBED AND SWORN TO before me on this the 3|_ day of October 2022.

Brooke Torrones
Notary Public In and For The State of Texas

BROOKE ANGEL TERRONES
Notary ID #133521287
My Commission Expires
January 6, 2026