IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PERRY MATLOCK. <br>               Plaintiff, <br><br> v. <br><br> (1) REDBIRD BUSINESS GROUP LLC; and <br> (2) REDBIRD VENTURES LLC. <br>               Defendants. | § § § § § § § § § § § § <br><br> CASE NO. 5:22-CV-00498-R |

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST REDBIRD BUSINESS GROUP LLC**

Plaintiff Perry Matlock files this Motion for Entry of Final Judgment against Redbird Business Group, LLC and would respectfully show unto the Court as follows:

**I.  BACKGROUND**

On June 16, 2022, Plaintiff filed his Original Complaint in this matter, asserting the following causes of action against Defendant Redbird Business Group, LLC ("RBG") and Defendant Redbird Ventures LLC ("RV")(collectively, "Defendants"):

- Manipulative and deceptive devices, violation of 15 U.S.C. §78j(b) and 17 C.F.R. §240.10b-5;
- Control person liability, violation of 15 U.S.C. §78t(a);
- Fraudulent securities, violation of O.S. tit. 71, §1-501;
- Fraudulent business opportunities, violation of O.S. tit. 71, §819;
- Breach of Contract; and
- Money lent

On May 31, 2023, this Court granted Plaintiff's motion for summary judgment in favor of Plaintiff on his breach of contract claim against RBG.  Plaintiff now seeks to have this Court make that summary judgment order converted into a Final Judgment in his favor.

## II.     OTHER FILINGS

Simultaneous with the filing of this motion, Plaintiff has filed a motion to dismiss all remaining causes of action against Defendants, as well as a Motion for Award of Interest and Motion for Award of Attorneys' Fees.  Due to LCvR54.1 and the Court's Order on Plaintiff's motion for summary judgment, Motion for Award of Court Costs will be filed after Entry of Judgment.

## III.    PRAYER

As there are no pending legal issues before this Court, Plaintiff requests that this Court enter Final Judgment in his favor on his claim for breach of contract.  A proposed Final Judgment is attached hereto as Exhibit "A".

Dated August 2, 2023.

                Respectfully submitted,

                **FREEMAN, MATHIS & GARY, LLP**

        By:  */s/ Martin S. Schexnayder*
                Martin S. Schexnayder
                State Bar No. 17745610
                Federal Bar No. 15146
                Brian C. Koeppen
                State Bar No. 24118434
                Federal Bar No. 3586134
                One Riverway, Suite 1700
                Houston, Texas 77056
                Phone: 346-440-0433
                Marty.Schexnayder@fmglaw.com
                Brian.Koeppen@fmglaw.com
                **COUNSEL FOR PLAINTIFF**
                **PERRY MATLOCK**

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been duly and properly served upon all counsel accordance with the Federal Rules of Civil Procedure, on this the 2nd day of August, 2023.

                                                */s/ Martin S. Schexnayder*
                                                 Martin S. Schexnayder