IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PERRY MATLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-22-498-R |
| ) | |
| REDBIRD BUSINESS GROUP, LLC and ) | |
| REDBIRD VENTURES LLC, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the orders dated May, 31, 2023 [Doc. No. 48] and September 1, 2023 [Doc. No. 55], judgment is entered in favor of Plaintiff and against Defendant RedBird Business Group, LLC in the amount of $1,475,000.00, plus prejudgment interest at the rate of 6% per annum from April 30, 2022 to the date of this judgment, post-judgment interest pursuant to 28 U.S.C. § 1961, and attorneys' fees in the amount of $20,545.00.

ENTERED this 1st day of September 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE