IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PERRY MATLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 5:22-cv-00498-R |
| ) | |
| REDBIRD BUSINESS GROUP LLC; ) | |
| and REDBIRD VENTURES LLC, ) | |
| ) | |
| Defendants. ) | |

## SUGGESTION OF BANKRUPTCY

New Redbird Business Group LLC hereby gives notice to the Court and all parties that it filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code on August 5, 2025, in the United States Bankruptcy Court for the Eastern District of Oklahoma.

New Redbird Business Group LLC is the successor-in-interest to Defendant Redbird Business Group, LLC.

Pursuant to 11 U.S.C. § 362, the bankruptcy filing operates as an automatic stay of all proceedings against the debtors.

A copy of the bankruptcy petition for New Redbird Business Group LLC is attached as Exhibit "1."

Dated: August 7, 2025

*s/Michael T. Maloan*
Michael T. Maloan-OBA# 15097
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
michaelmaloan@oklahomacounsel.com
     -and-
Joe D. Byars, Jr.-OBA# 33798
Helton Law Firm
9125 S. Toledo Ave.
Tulsa, OK  74137
Telephone: (918) 928-7104
Fax: (918) 710-3930
joe@heltonlawfirm.com

ATTORNEYS FOR DEFENDANTS
REDBIRD BUSINESS GROUP LLC
and REDBIRD VENTURES LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Martin S. Schexnayder
Brian C. Koeppen
Freeman Mathis & Gary, LLP
1800 W Loop South, Suite 1100
Houston, TX  77027
Telephone:  346-236-1050
marty.schexnayder@fmglaw.com
brian.koeppen@fmglaw.com
        -and-
Thomas H. Hull, Jr.
Parker F. Foster
Hall Estill
320 S. Boston Ave., Suite 200
Tulsa, OK  74103-3706
Telephone:  918-304-6327
thull@hallestill.com
pfoster@hallestill.com

ATTORNEYS FOR PLAINTIFF

*s/Michael T. Maloan*